IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, et al.,

      Plaintiffs,

vs.

PAUL BOLL PAINTING AND DECORATING, INC.

      Defendant.

Case No. 15-cv-01043-SMY-DGW

**MEMORANDUM AND ORDER**

    Having secured a Rule 55(a) Clerk's Entry of Default against Defendant, Plaintiffs move for a Default Judgment pursuant to Rule 55(b) (Doc. 10).  Federal Rule of Civil Procedure 55(b)(1) provides that default judgment must be entered if the defendant is not a minor or incompetent person, the plaintiff's claims are for a sum certain or a sum that can be made certain by computation, and the plaintiffs supply an affidavit showing the amount due.

    The record shows Defendant was properly served but has failed to defend this action.  The Clerk has entered default (Doc. 9).  Defendant is not a minor or incompetent.  The damages are a sum certain, with an affidavit provided to support the amounts owed.  Defendant's time to respond has expired.

    Accordingly, the Court **GRANTS** Plaintiff's Motion for Default Judgment (Doc. 10).  Judgment shall be entered in favor of Plaintiffs and against Defendant in the total amount of **$116,797.40**, which consists of:

| | |
|---|---|
| $23,197.18 | Audit Liability Due as to Illinois State Painters Welfare Fund (ISP) (Doc. 11-1) |
| 1,805.07 | Interest on Audit Liability due as to ISP (Doc. 11-2) |
| 4,639.44 | Liquidated Damages on audit liability due as to ISP |

| | |
|---|---|
| 809.15 | Cost of Audit  (Doc. 11-3) |
| 7,523.25 | Delinquent Contributions due as to ISP (Doc. 11-4) |
| 373.14 | Interest on Delinquent Contributions as to ISP (Doc. 11-4) |
| 1,504.65 | Liquidated Damages on Delinquent Contributions due as to ISP (Doc. 11, p. 5) |
| 2,925.73 | Attorneys' Fees and costs (Doc. 11-12, 13) |
| **$42,777.61** | **Total Amount of Default Judgment as to ISP** |
| | |
| $30,077.46 | Audit Liability Due as to the 401(k) fund and D.C. 58 Funds ("the Funds") (Doc. 11-5) |
| 6,411.00 | Interest on Audit Liability due as to the Funds (Doc. 11-6) |
| 6,411.00 | Additional Interest on Audit Liability due as to the Funds (Doc. 11-6) |
| 809.80 | Cost of Audit  (Doc. 11-7) |
| 17,422.02 | Delinquent Contributions due as to the Funds (Doc. 11-8) |
| 2,000.70 | Interest on Delinquent Contributions as to the Funds (Doc. 11-8) |
| 3,484.40 | Liquidated Damages on Delinquent Contributions due as to the Funds (Doc. 11, p. 7) |
| 4,793.30 | Attorneys' Fees and costs (Doc. 11-12, 13) |
| **$74,409.68** | **Total Amount of Default Judgment as to the Funds** |
| | |
| **$117,187.29** | **Total Amount of Default Judgment as to Plaintiffs** |

**IT IS SO ORDERED.**

**DATE: February 29, 2016**                                              **s/ Staci M. Yandle**
                                                                                           **STACI M. YANDLE**
                                                                                           **DISTRICT JUDGE**

2